# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 26, 2013

## NO. 03-11-00491-CV

**Floyd Pleasant Tarvin IV, Appellant**

**v.**

**Texas Department of Criminal Justice, Brad Livingston, Rick Thaler, Lt. Lonnie Douglas, CO. Nicole Le Blanc, Asst. Warden Thomas Pierce and RGI Cheryl Lawson, Appellees**

### APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD
### AFFIRMED -- OPINION BY JUSTICE PURYEAR

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the trial court's judgment: **IT IS THEREFORE** considered, adjudged and ordered that the judgment of the trial court is in all things affirmed. It **FURTHER** appearing to the Court that appellant has filed an affidavit of inability to pay costs, it is **FURTHER** ordered that no costs of appeal are assessed against appellant; and that this decision be certified below for observance.